**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| In re:<br>WENDY BAKER<br>HERSCHEL ALLEN BAKER<br>Debtors | Case No. 2411069 |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Sabrina L. McKinney, chapter 13 trustee, submits the following Final Report and Account the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follow

1) The case was filed on 09/26/2024.

2) The plan was confirmed on 01/08/2025.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 08/26/2025.

5) The case was dismissed on 03/09/2026.

6) Number of months from filing to last payment: 18.00.

7) Number of months case was pending: 18.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $72,401.91.

10) Amount of unsecured claims discharged without payment: $0.00.

**UST Form 101-13-FR-S (4/1/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $14,579.37 | |
| Less amount refunded to debtor | $1,192.50 | |
| **NET RECEIPTS:** | | **$13,386.87** |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $4,500.00 | |
| Court Costs | $234.75 | |
| Trustee Expenses & Compensation | $802.19 | |
| Other | $4.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$5,540.94** |

Attorney fees paid and disclosed by debtor: $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AIDVANTAGE OBO DEPT OF EDUCAT | Unsecured | 16,652.00 | 17,134.75 | 17,134.75 | 0.00 | 0.00 |
| ALL IN CREDIT UNION | Unsecured | 525.00 | NA | NA | 0.00 | 0.00 |
| ALLY BANK | Secured | 16,683.00 | 16,541.15 | 16,541.15 | 5,862.10 | 1,891.84 |
| AMAZON | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS NATIONAL BAI | Unsecured | 1,982.00 | 2,072.06 | 2,072.06 | 0.00 | 0.00 |
| ASHLEY FUNDING SERVICES LLC | Unsecured | 163.80 | 20.73 | 20.73 | 0.00 | 0.00 |
| ASHLEY FUNDING SERVICES LLC | Unsecured | NA | 4.72 | 4.72 | 0.00 | 0.00 |
| ASHLEY FUNDING SERVICES LLC | Unsecured | NA | 12.11 | 12.11 | 0.00 | 0.00 |
| BARCLAYS BANK DELAWARE | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE NA | Unsecured | 1,824.00 | 1,068.95 | 1,068.95 | 0.00 | 0.00 |
| CAPITAL ONE NA | Unsecured | 2,639.00 | 2,436.72 | 2,436.72 | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 346.00 | NA | NA | 0.00 | 0.00 |
| DILLARD | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER BANK | Unsecured | 100.00 | 14,643.93 | 14,643.93 | 0.00 | 0.00 |
| DISCOVER BANK | Unsecured | 100.00 | 8,264.53 | 8,264.53 | 0.00 | 0.00 |
| ESSENTIA HEALTH | Unsecured | 1,365.02 | NA | NA | 0.00 | 0.00 |
| FEB/CREDIT FRESH | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| FLOWERS HOSPITAL | Unsecured | 3,365.44 | NA | NA | 0.00 | 0.00 |
| HOLLOWAY CREDIT SOLUTIONS | Unsecured | 385.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Secured | 8,662.19 | 38,018.01 | 8,662.19 | 75.40 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 8,849.27 | 8,849.27 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 410.00 | 461.01 | 461.01 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 910.00 | 971.49 | 971.49 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 100.00 | 1,358.11 | 1,358.11 | 0.00 | 0.00 |
| JP MORGAN CHASE BANK NA | Unsecured | NA | 3,045.96 | 2,981.33 | 0.00 | 0.00 |
| KENTUCKY HIGHER EDUCATION STU | Unsecured | 1,801.00 | 1,817.10 | 1,817.10 | 0.00 | 0.00 |
| KOHLS DEPARTMENT STORE | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| LEWIS BRACKIN FLOWERS & JOHNS | Unsecured | 35.05 | NA | NA | 0.00 | 0.00 |
| LEWIS, BRACKIN, FLOWERS & JOHN | Unsecured | 1,839.58 | NA | NA | 0.00 | 0.00 |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MEMBERS COOPERATIVE CREDIT UI | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | NA | 2,415.76 | 2,415.76 | 0.00 | 0.00 |
| PRIM & MENDHEIM | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| RADIOLOGY ASSOCIATES OF DOTHA | Unsecured | 174.71 | NA | NA | 0.00 | 0.00 |
| ROCKET MORTGAGE LLC | Secured | 131,314.00 | 129,351.70 | 129,351.70 | 0.00 | 0.00 |
| ROCKET MORTGAGE LLC | Secured | 357.16 | 357.16 | 357.16 | 3.45 | 0.00 |
| ROCKET MORTGAGE LLC | Secured | NA | 3,242.04 | 3,242.04 | 13.14 | 0.00 |
| SCOLOPAX LLC | Unsecured | NA | 1,339.30 | 1,339.30 | 0.00 | 0.00 |
| SOUTHEAST HEALTH | Unsecured | 393.37 | 3,928.55 | 4,153.49 | 0.00 | 0.00 |
| SYNCHRONY BANK/WALMART | Unsecured | 1,006.00 | NA | NA | 0.00 | 0.00 |
| TARGET | Unsecured | 368.00 | NA | NA | 0.00 | 0.00 |
| TD BANK USA | Unsecured | NA | 418.65 | 418.65 | 0.00 | 0.00 |
| UPLIFT INC | Unsecured | 375.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO BANK | Unsecured | 100.00 | 1,987.86 | 1,987.86 | 0.00 | 0.00 |
| WELLS FARGO BANK NA | Unsecured | 3,072.00 | 3,062.05 | 722.05 | 0.00 | 0.00 |
| WELLS FARGO BANK NA | Unsecured | NA | 855.00 | 855.00 | 0.00 | 0.00 |
| ZARZAUR & SCHWARTZ, P.C. | Unsecured | 2,612.68 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $129,351.70 | $0.00 | $0.00 |
| Mortgage Arrearage | $3,599.20 | $16.59 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $25,203.34 | $5,937.50 | $1,891.84 |
| **TOTAL SECURED:** | **$158,154.24** | **$5,954.09** | **$1,891.84** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$73,988.92** | **$0.00** | **$0.00** |

## Disbursements:

| | | |
|---|---|---|
| Expenses of Administration | $5,540.94 | |
| Disbursements to Creditors | $7,845.93 | |
| **TOTAL DISBURSEMENTS** : | | **$13,386.87** |

**UST Form 101-13-FR-S (4/1/2009)**

11) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be and proper.

Dated: 03/26/2026

By: /s/ Sabrina L. McKinney
Chapter 13 Standing Trustee

Office of the Chapter 13 Trustee
P. O. Box 173
Montgomery, AL 36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: 13Trustee@ch13mdal.com

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (4/1/2009)**